**EXHIBIT A**

| Infringed Title | Domain | Channel Backend Link |
|---|---|---|
| 2 Fast 2 Furious | hypersonic-tv.com | http://live.hypersonic-tv.com/player_api.php?username=[REDACTED]&password=[REDACTED]&action=get_vod_info&vod_id=2160878 |
| Joker (2019) | hypersonic-tv.com | http://live.hypersonic-tv.com/player_api.php?username=[REDACTED]&password=[REDACTED]&action=get_vod_info&vod_id=2050313 |
| Soul | apollogroup.tv | https://51-222-249-118.servers.company:9092/vod2/SlsXTJQAlaILVOn6LzNFxw/77372/1638313316/2d4f89655dfea868ca7cc617929f12fa.mp4 |
| Fast & Furious 9 (F9) | apollogroup.tv | https://51-222-108-199.servers.company:9092/vod2/jMUv72px7P1li4AVThbZHw/77372/1638314375/53a6a3f6d304b9faa77b62363198eec4.mp4 |
| Extraction | beastiptv.us | https://smellyrat.win//movie/[REDACTED]/uUThANY2wW/406124.mkv |
| 2 Fast 2 Furious | beastiptv.us | https://smellyrat.win//movie/[REDACTED]/uUThANY2wW/489130.avi |
| American Pie 2 | topdhosting.com | http://161.97.131.68:25461/movie/aapgpapj/Nl94y40ziZ/156983.mp4?token=ThpaVUsORFkUAF5SU1pUBQBRW1QBWFdbBg1dVAVQAAMDWwYNAFUCUgFBShUXTRdUVQ5nCABDWVMDDwAOUhkSQ0ZdQGtRAkRZFFtWAl0PRx0WF1EMAUNZUwAKAQVTAQgEBxQQRFECRFkUUVcEUA1HHRYGQBUBEw0DWmZdUxdcU1MXAhAWFEQJDWkHA1oFVwETDkEIQ0hDChFGGwNYFFlcGhdaW0BKBxIGFFlEBlQLVRMYQVsOEQ8XEE8bAxQ0ZhIaF11KQF0IFQpZDUQNRlQVBRZPGggXPhEHRU1LUwBYVUQXAhAEGkpEDlcbOVQLVwtUVxdRDgoSQVgUCxsaQ1hfWFxMXUZnFg8HFFkIQghVGA== |
| The SpongeBob Movie: Sponge on the Run | topdhosting.com | http://161.97.131.68:25461/movie/aapgpapj/Nl94y40ziZ/169733.mp4?token=ThpaVUsORFkUVwQBAQxUUFVWXlUGVgcGBlxdDwIFVFRUCgYGAVRQVwdBShUXTRdUVQ5nCABDWVMAAA4FUhkSQ0ZdQGtRAkRZFFtWAl0PRx0WF1EMAUNZUwAKAQVTBggBAxQQRFECRFkUV18CXAhHHRYGQBUBEw0DWmZdUxdcU1MXAhAWFEQJDWkHA1oFVwETDkEIQ0hDChFGGwNYFFlcGhdaW0BKBxIGFFlEBlYBVRMYQVsOEQ8XEE8bAxQ0ZhIaF11KQF0IFQpZDUQNRlQVBRZPGggXPhEHRU1LUwBYVUQXAhAEGkpEDlcbOVQLVwtUVxdRDgoSQVgUCxsaQ1hfWFxMXUZnFg8HFFkIQghVGA== |
| Aquaman | fitiptv.com | http://s1xs.livrexs.xyz:2082/movie/sGMsZBI5y2/K8JGVxiXvN/35304.mkv |
| Maleficent | fitiptv.com | http://s1xs.livrexs.xyz:2082/movie/sGMsZBI5y2/K8JGVxiXvN/35959.avi |